IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES C. SANMANN,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2716

Opinion filed July 24, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Charles C. Sanmann, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.